# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 558 MAL 2015

Respondent

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v.

NA COLA DARCEL FRANKLIN,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.